IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sopczak, Donald R | Case Number: 08 B 16564 |
|---|---|---|
| | Sopczak, Jamie Lynn | Judge: Squires, John H |
| | Printed: 11/04/08 | Filed: 6/27/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 2. | Citizens Financial Services | Secured | 3,000.00 | 0.00 |
| 3. | Citizens Bank | Secured | 11,243.24 | 0.00 |
| 4. | WFNNB/Harlem Furniture | Secured | 1,000.00 | 0.00 |
| 5. | Wilshire Credit Corp | Secured | 60,000.00 | 0.00 |
| 6. | Dyck O'Neal Inc | Secured | 23,399.55 | 0.00 |
| 7. | T Mobile USA | Unsecured | 127.57 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 245.41 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 80.62 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 10.85 | 0.00 |
| 11. | Sallie Mae | Unsecured | 1,389.06 | 0.00 |
| 12. | Citizens Financial Services | Unsecured | 106.99 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 470.17 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 8.41 | 0.00 |
| 15. | Discover Financial Services | Unsecured | 227.53 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 235.33 | 0.00 |
| 17. | National Capital Management | Unsecured | 139.38 | 0.00 |
| 18. | Waste Management Inc | Unsecured | 3.25 | 0.00 |
| 19. | Alan Dunaj | Unsecured | | No Claim Filed |
| 20. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 21. | AOL | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Aple Auto Cash Express Inc | Unsecured | | No Claim Filed |
| 24. | Allied Insurance | Unsecured | | No Claim Filed |
| 25. | AT&T | Unsecured | | No Claim Filed |
| 26. | Carl Sandburg High School | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sopczak, Donald R | Case Number: 08 B 16564 |
|---|---|---|
| | Sopczak, Jamie Lynn | Judge: Squires, John H |
| | Printed: 11/04/08 | Filed: 6/27/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Comcast | Unsecured | | No Claim Filed |
| 28. | Cingular Wireless | Unsecured | | No Claim Filed |
| 29. | Maria Rusnaic | Unsecured | | No Claim Filed |
| 30. | Citibank | Unsecured | | No Claim Filed |
| 31. | Columbia | Unsecured | | No Claim Filed |
| 32. | Gregory Dalton | Unsecured | | No Claim Filed |
| 33. | Nowobilska Medical | Unsecured | | No Claim Filed |
| 34. | Direct Tv | Unsecured | | No Claim Filed |
| 35. | Encompass | Unsecured | | No Claim Filed |
| 36. | Gart Sports Inc | Unsecured | | No Claim Filed |
| 37. | GE Money Bank | Unsecured | | No Claim Filed |
| 38. | Farmers Auto Insurance | Unsecured | | No Claim Filed |
| 39. | National Capital Management | Unsecured | | No Claim Filed |
| 40. | Ebay | Unsecured | | No Claim Filed |
| 41. | ADT Security Systems | Unsecured | | No Claim Filed |
| 42. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 43. | McLeod USA | Unsecured | | No Claim Filed |
| 44. | Nowobilska Medical | Unsecured | | No Claim Filed |
| 45. | Nicor Gas | Unsecured | | No Claim Filed |
| 46. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 47. | Radiology & Nuclear | Unsecured | | No Claim Filed |
| 48. | Rodale Press Publications | Unsecured | | No Claim Filed |
| 49. | Robert Golden | Unsecured | | No Claim Filed |
| 50. | Sprint Nextel | Unsecured | | No Claim Filed |
| 51. | Satis Net | Unsecured | | No Claim Filed |
| 52. | Pay Pal | Unsecured | | No Claim Filed |
| 53. | TCF Bank | Unsecured | | No Claim Filed |
| 54. | Advocate MSO Services | Unsecured | | No Claim Filed |
| 55. | TCF Bank | Unsecured | | No Claim Filed |
| 56. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 57. | Talk America | Unsecured | | No Claim Filed |
| 58. | Tiger Direct | Unsecured | | No Claim Filed |
| 59. | Zimmerman | Unsecured | | No Claim Filed |
| 60. | United Parcel Service | Unsecured | | No Claim Filed |
| 61. | SBC | Unsecured | | No Claim Filed |
| 62. | Great Bank | Unsecured | | No Claim Filed |
| 63. | University Of Phoenix | Unsecured | | No Claim Filed |
| | | | $ 101,687.36 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Sopczak, Donald R | Case Number:  08 B 16564 |
| Sopczak, Jamie Lynn | Judge:  Squires, John H |
| Printed: 11/04/08 | Filed:  6/27/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

